UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDERY HERRERA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

ATHLETIFREAK LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-7133

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ATHLETIFREAK LLC, without prejudice and without fees and costs.

Dated: New York, New York
       March 17, 2025

                                              **GOTTLIEB & ASSOCIATES PLLC**

                                              _/s/Michael A. LaBollita, Esq._

                                              Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                              _Attorneys for Plaintiffs_

```
The Clerk of Court is directed to terminate all pending motions, adjourn
all remaining dates, and close this case.
```

SO ORDERED:

_(signature)_
_____
The Hon. Katherine Polk Failla
United States District Court Judge

Dated:    March 18, 2025
            New York, New York